75,987-04

SEPT. 21, 2015

ABEL ACOSTA
COURT CLERK
COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 23 2015
Abel Acosta, Clerk

RE: THE STATUS ON APPLICANTS WRIT OF HABEAS CORPUS IN
     CAUSE NO. WR-75,987-04.

DEAR HONORABLE ACOSTA,

     COULD YOU PLEASE NOTIFY ME OF THE STATUS ON WRIT OF
HABEAS CORPUS, CAUSE NO. WR-75,987-04.

     IN ADDITION, THE STATUS ON APPLICANTS "MOTION TO
GRANT RELIEF", FILED ON OR AROUND AUGUST 12, 2015.

     I AM GRATEFUL FOR YOUR TIME AND ASSISTANCE, AND EAGERLY
AWAIT YOUR WRITTEN REPLY.

                                    RESPECTFULLY,

                                    Levit L. Vara

-1-